# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY PETERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV300 |
| vs. | ) | |
| | ) | ORDER |
| ORCHARD VILLAGE LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the plaintiff's Response [4],

**IT IS ORDERED:**

1. The Order to Show Cause [3] is deemed satisfied.

2. Plaintiff is given an extension of time to **February 1, 2008** to effect service on the defendants.

**DATED January 15, 2008.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**