# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY PETERSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV300 |
| vs. ) | |
| ) | ORDER |
| ORCHARD VILLAGE LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ORDERED** that the Notice of Withdrawal [28], construed as a motion for leave to withdraw pursuant to NEGenR 1.3(f)[1], is granted. Milton A. Katskee and the law firm of Katskee, Henatsch & Suing are given leave to withdraw as counsel for defendant, N.P. Dodge Management Company, Inc.

**DATED March 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1]The rule provides:
**Withdrawal of Appearance.** An attorney who has appeared of record in a case may withdraw upon a showing of good cause, but will be relieved of applicable duties to the court, the client, and opposing counsel only after filing a motion to withdraw with the court, providing proof of service of the notice on the client, and obtaining the court's leave to withdraw.