## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY PETERSEN, | ) | CASE NO. 8:07CV300 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ORCHARD VILLAGE APARTMENTS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Motion for Enlargement of Time to File Opposition Brief and Evidence in Resistance to Motion for Summary Judgment (Filing No. 51). Plaintiff requests a short extension of time, until December 4, 2008, to respond to the Defendant's Motion for Summary Judgment (Filing No. 44).

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 51) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion for Summary Judgment (Filing No. 44) by filing her brief and index of evidence, if any, on or before December 4, 2008.

DATED this 1st day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge