IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY PETERSEN,<br><br>      **Plaintiff,**<br><br>v.<br><br>ORCHARD VILLAGE, LLC, ORCHARD VILLAGE APARTMENTS, ORCHARD VILLAGE APARTMENT HOMES, LLC, a Nebraska Limited Liability Company, ORCHARD AVENUE APARTMENTS, LLC, a Nebraska Limited Liability Company, MARINE BANK, a federal savings bank, TRUSTEE MATT GRONSTAL, NP DODGE MANAGEMENT COMPANY, Inc., and JOHN DOES 1-10,<br><br>      **Defendants.** | CASE NO. 8:07CV300<br><br>ORDER |

This matter is before the Court on the parties' Stipulated Motion to Dismiss Defendant Matt Gronstal, with prejudice (Filing No. 56). The Court finds that the Stipulated Motion should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulated Motion to Dismiss Defendant Matt Gronstal, with prejudice (Filing No. 56) is approved, and the relief requested therein is granted;

2. The Plaintiff's action against Defendant, Matt Gronstal, is dismissed, with prejudice; and

3. The Clerk of the Court is directed to amend the caption in this case by terminating Matt Gronstal, as a defendant.

DATED this 16th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge