# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY PETERSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:07CV300 |
| ) | |
| ORCHARD VILLAGE APARTMENTS, ) | ENTRY OF DEFAULT |
| et al., ) | |
| ) | |
| Defendants. ) | |

After a hearing on February 19, 2009, T. Randall Wright was granted leave to withdraw as counsel for defendant, Orchard Village Apartment Homes LLC. Substitute counsel has not entered an appearance, and Orchard Village Apartment Homes LLC was previously cautioned that it would be held in default if its attorney was permitted to withdraw from the case without substitute counsel appearing. *See* Order No. 64.

For these reasons,

It is hereby **ORDERED, ADJUDGED AND DECREED** that default in this action is hereby entered against defendant, Orchard Village Apartment Homes LLC.

The Clerk shall mail a copy of this Entry of Default to Orchard Village Apartment Homes, LLC, c/o Herb Freeman, 16510 State Street, Bennington, Nebraska 68007.

**DATED March 3, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**