**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| AMY PETERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:07cv300** |
| vs. | ) | |
| | ) | **ORDER** |
| ORCHARD VILLAGE APARTMENTS, | ) | |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff's counsel, Theodore Boecker, appeared for the final pretrial conference on May 11, 2009.  There were no appearances on behalf of the defendants.  Mr. Boecker advised the court that plaintiff and the remaining defendant, Orchard Village Apartment Homes, LLC (through Mr. Herb Freeman), have reached an agreement as to the amount of judgment to be entered against this defendant; however, the payment must be approved by all members of the defendant limited liability company.  It appears that this settlement is likely to occur, but the parties request additional time to finalize the agreement.

Based on Mr. Boecker's representations, the court finds that the request should be granted.

**IT IS ORDERED:**

1. The parties are given until **May 27, 2009**, to finalize the settlement and report the status of such to the court.

2.   The final pretrial conference and jury trial dates are suspended on the representation that the case is settled.

Dated this 11th day of May 2009.

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge